

# Exhibit A



# SOONEST EXPRESS
NVOCC Licence # 15398N

**Bill Of Lading**

| Shipper/Exporter | Bill of Lading No. | HKGCHI20C042 |
|---|---|---|
| CHENG UEI PRECISION INDUSTRY CO.,LTD.<br>NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY | Export Reference<br>SE20B00071 | |
| **Consignee**<br>INGRAM MICRO C/O VALVE CORPORATION<br>415 East Lies Rd.Carol Stream, IL60188 USA | Forwarding Agent - References | |
| | Point and Country of Origin | |
| **Notify Party**<br>SAME AS CONSIGNEE | Domestic Routing - Export Instructions | |
| **Pier/Receiving Poing**<br>HONG KONG | For Delivery Apply To<br>SOONEST EXPRESS INC<br>1260 N. ELLIS STREET, BENSENVILLE, IL 60106, USA<br>ATTN: SANDRA YU<br>TEL: 847-979-9200 Ext. 171<br>FAX: 847-709-2830 | |
| Vessel - Voyage No.<br>ONE APUS  006E | Port of Loading<br>HONG KONG | |
| Port of Descharge<br>LONG BEACH | For Transshipment to:<br>CHICAGO, IL | |

## Particulars Furnished by Shipper

| Marks and Numbers | No. of Pks. | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| CONT:MAGU5509567/40HQ/YMAH303225/FCL/FCL/640CTN/5436.8KGS/53.31CBM | | | | |
| SEE ATTACHMENT | 640 CTNS | | 5436.8 KGS | 53.31 CBM |

SIX HUNDRED AND FORTY(640) CARTONS ONLY

FCL / FCL

SHIPPED ON BOARD DATE   15-NOV-20

**NOT NEGOTIABLE**

**TELEX RELEASE**

| | PrePaid | Collect | Carrier's Liability Limited to $500 Per Package as Per Clause No. 5D(b) on the Reverse Side. |
|---|---|---|---|
| FREIGHT PREPAID | | | In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped of incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder.<br><br>In witness whereof three(3) bills of lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void. |

**SOONEST EXPRESS**
**SOONEST EXPRESS (HK) CO LTD.**

| Total: | | | By: | BYRONLEUNG | Dated: |
|---|---|---|---|---|---|

## Marks & Description

Container Number

CONT:MAGU5509567/40HQ/YMAH303225/FCL/FCL/640CTN/5436.8KGS/53.31CBM

| MARKS | Packages | Description | Groos Wgt. | Volume |
|---|---|---|---|---|
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | 640 CTNS | SHIPPER""S LOAD AND COUNT<br>SAID TO CONTAIN<br>40 PLTS (640 CTNS)<br>INVOICE: 1825003<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS<br><br>ARR-14692232339 | 5436.8 KGS | 53.31 CBM |

**\*\*\* TELEX RELEASE \*\*\***

```
                                 Cheng Uei _1825003_INVOICE_US_11.10.20   .txt
CHENG UEI PRECISION INDUSTRY CO., LTD.                                    INVOICE
NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY                    ------------------------
TAIWAN TEL:886-2-22699888  FAX:886-2-22689345                             No..........: 1825003
OCI/TW/SHP/T/Uniform invoice number 22223510                              Date.........: NOV.10.2020
                                                                          Page.........:   1/   2
Manufacturer:Fu Gang Electronic (Dong Guan) CO.,LTD
             Industry street,Dong-Keng,Dong-Guan,Guang Dong,China.
                                                                          REF No.......:

Customer..: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE
                                                                          Dept No......: 003363(E4E)
Sold To...: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE
                                                                          Ship from....:
                                                                          Ship to......: US
Ship To...: INGRAM MICRO C/O VALVE CORPORATION                            Ship VIA.....: By Sea
            415 East Lies Rd.Carol Stream, IL 60188

                                                                          Payment......: 30    NET
Notify To :                                                               Freight Term: DAP USA
-----------------------------------------------------------------------------------------------
Item Part Number     Customer P/O             Quantity      Unit Price            Amount
     Description                 Contact
-----------------------------------------------------------------------------------------------

  1  5890-1918-00A0    2798                   640PCS USD    839.33000  USD     537,171.20
     F/G,OMAHA/FVV-E5K2,VR KIT NA,RoHS
     New P/N  V003683-20   HTS 8528520000

                                              ------------------
                                              640PCS              Subtotal: USD    537,171.20
                                              vvvvvvvvvvvvvvvvvv  Total:    USD    537,171.20
                                                                                   vvvvvvvvvvvvvvvvvv
SAY TOTAL  USD FIVE HUNDRED THIRTY SEVEN THOUSAND ONE HUNDRED SEVENTY ONE  AND TWENTY  CENT ONLY
BEFORE ACCOUNT PAID, WE RESERVE THE TITLE OF THE PRODUCTS.
SHIPPING MARK:
VALVE
US
C/NO:0001-640
MADE IN CHINA
FWD:SOONEST
New P/N  V003683-20   HTS 8528520000;  40PALLET/
H:1.071M
TOTAL PALLETS:40
TOTAL GROSS WEIGHT:5436.8KG
NOTES:栈板使用熏蒸实木栈板
Freight Transportation : At cost
GMA Pallet
5pcs Pallet labels

                                                    CHENG UEI PRECISION INDUSTRY CO., LTD.
                                                    --------------------------------------
                                                    MANAGER
```

第 1 頁

```
                           Cheng Uei _1825003_PACKING_US_11.10.20  .txt
CHENG UEI PRECISION INDUSTRY CO., LTD.                          PACKING/WEIGHT LIST
NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY          ---------------------
TAIWAN TEL:886-2-22699888  FAX:886-2-22689345                   No........: 1825003
OCI/TW/SHP/T/Uniform invoice number 22223510                    Date......: NOV.10.2020
                                                                Page......:  1 /  2
Manufacturer:Fu Gang Electronic (Dong Guan) CO.,LTD
             Industry street,Dong-Keng,Dong-Guan,Guang Dong,China.    REF No....:

Customer..: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE

Sold To...: VALVE CORPORATION                                   Dept No...: 003363(E4E)
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE


Ship To...: INGRAM MICRO C/O VALVE CORPORATION                  Ship from :
            415 East Lies Rd.Carol Stream, IL 60188             Ship to...: US

                                                                Ship VIA..: By Sea
Notify To.:                                                     Freight Term: DAP USA
-------------------------------------------------------------------------------------
Item      Part Number     Customer P/O        Quantity    Net Weight   Gross Weight   Measurement
          Description                                        KGS           KGS           CU'FT
          Lot Number
-------------------------------------------------------------------------------------
                                                                      60.4 * 44.7 * 23.4 cm
                                        @         1PCS @     2.814 @       7.120 @        2.23
1-640     5890-1918-00A0   2798                    640    1,800.960     4,556.800     1,427.91
          F/G,OMAHA/FVV-E5K2,VR KIT NA,RoHS
          New P/N V003683-20  HTS 8528520000


                                                  ----------  -----------   -----------   -----------
                                                    640PCS    1,800.960     4,556.800     1,427.91
                                                  vvvvvvvvvv  vvvvvvvvvvv   vvvvvvvvvvv   vvvvvvvvvvv
SAY TOTAL (640) CARTONS PACKED IN    PALLETS ONLY
SAY TOTAL QUANTITY (640)PCS ONLY.
SHIPPING MARK:
VALVE
US
C/NO:0001-640
MADE IN CHINA
FWD:SOONEST
New P/N  V003683-20  HTS 8528520000: 40PALLET/
H:1.07IM
TOTAL PALLETS:40
TOTAL GROSS WEIGHT:5436.8KG
NOTES:棧板使用熏蒸实木棧板
Freight Transportation : At cost
GMA Pallet
5pcs Pallet labels

                                                CHENG UEI PRECISION CO., LTD.
                                                ---------------------------------
                                                MANAGER
```

第 1 頁