

# Exhibit B



# SOONEST EXPRESS

NVOCC Licence # 15398N

**Bill Of Lading**

| Shipper/Exporter<br>CHENG UEI PRECISION INDUSTRY CO.,LTD.<br>NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY | Bill of Lading No.   HKGCHI20C047 |
|---|---|
| | Export Reference<br>SE20B00071 |
| Consignee<br>INGRAM MICRO C/O VALVE CORPORATION<br>415 East Lies Rd. Carol Stream, IL60188 USA | Forwarding Agent - References |
| | Point and Country of Origin |
| Notify Party<br>SAME AS CONSIGNEE | Domestic Routing - Export Instructions |

| Pier/Receiving Poing<br>HONG KONG | | For Delivery Apply To<br>SOONEST EXPRESS INC<br>1260 N. ELLIS STREET, BENSENVILLE, IL 60106, USA<br>ATTN: SANDRA YU<br>TEL: 847-979-9200 Ext. 171<br>FAX: 847-709-2830 |
|---|---|---|
| Vessel - Voyage No.<br>ONE APUS  006E | Port of Loading<br>HONG KONG | |
| Port of Descharge<br>LONG BEACH | For Transshipment to:<br>CHICAGO, IL | |

### Particulars Furnished by Shipper

| Marks and Numbers | No. of Pks. | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| CONT:SEGU6874390/40HQ/YMAH303244/FCL/FCL/640CTN/5317.44KGS/53.31CBM | | | | |
| SEE ATTACHMENT | 640 CTNS | | 5317.44 KGS | 53.31 CBM |
| | | SIX HUNDRED AND FORTY(640)<br>CARTONS ONLY | FCL / FCL | |
| | | SHIPPED ON BOARD DATE   15-NOV-20<br>**NOT NEGOTIABLE** | TELEX RELEASE | |

| | PrePaid | Collect | Carrier's Liability Limited to $500 Per Package as Per Clause No. 5D(b) on the Reverse Side. |
|---|---|---|---|
| FREIGHT PREPAID | | | In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped of incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder.<br><br>In witness whereof three(3) bills of lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void. |
| | | | **SOONEST EXPRESS**<br>SOONEST EXPRESS (HK) CO LTD. |
| Total: | | | By:  BYRONLEUNG    Dated: _____ |

**Marks & Description**

Container Number

CONT:SEGU6874390/40HQ/YMAH303244/FCL/FCL/640CTN/5317.44KGS/53.31CBM

| MARKS | Packages | Description | Groos Wgt. | Volume |
|---|---|---|---|---|
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | 640 CTNS | SHIPPER""S LOAD AND COUNT<br>SAID TO CONTAIN<br>40 PLTS (640 CTNS)<br>INVOICE: 1825004<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS<br><br>ARR-46595220169 | 5317.44 KGS | 53.31 CBM |

**\*\*\* TELEX RELEASE \*\*\***

```
                            Cheng Uei _1825004_PACKING_US_11.11.20  .txt
CHENG UEI PRECISION INDUSTRY CO., LTD.                           PACKING/WEIGHT LIST
NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY           ----------------------
TAIWAN TEL:886-2-22699888  FAX:886-2-22689345                    No........: 1825004
OCI/TW/SHP/T/Uniform invoice number 22223510                     Date......: NOV.11.2020
                                                                 Page......:  1 /  2
Manufacturer:Fu Gang Electronic (Dong Guan) CO.,LTD
             Industry street,Dong-Keng,Dong-Guan,Guang Dong,China.  REF No....:

Customer..: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE

Sold To...: VALVE CORPORATION                                    Dept No...: 003363(E4E)
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE


Ship To...: INGRAM MICRO C/O VALVE CORPORATION                   Ship from :
            415 East Lies Rd.Carol Stream, IL 60188              Ship to...: US

                                                                 Ship VIA..: By Sea
Notify To.:                                                      Freight Term: DAP USA
--------------------------------------------------------------------------------------
Item      Part Number    Customer P/O      Quantity    Net Weight   Gross Weight  Measurement
          Description                                     KGS           KGS          CU'FT
          Lot Number
--------------------------------------------------------------------------------------
                                                                60.4 * 44.7 * 23.4 cm
                                       @       1PCS @    2.814 @      6.996  @        2.23
1-640     5890-1918-00A0   2798                 640    1,800.960    4,477.440      1,427.91
          F/G,OMAHA/FVV-E5K2,VR KIT NA,RoHS
          New P/N  V003683-20  HTS 8528520000


                                             -----------  -------------  ------------  -------------
                                                 640PCS    1,800.960      4,477.440      1,427.91
                                             vvvvvvvvvv   vvvvvvvvvvvv   vvvvvvvvvvv   vvvvvvvvvvvv
SAY TOTAL (640) CARTONS PACKED IN       PALLETS ONLY
SAY TOTAL QUANTITY (640)PCS ONLY.
SHIPPING MARK:
VALVE
US
C/NO:0001-640
MADE IN CHINA
FWD:SOONEST
New P/N  V003683-20  HTS 8528520000; 40PALLET/
H:1.071M
TOTAL PALLETS:40
TOTAL GROSS WEIGHT:5317.44KG
NOTES:栈板使用熏蒸实木栈板
  Freight Transportation : At cost
  GMA Pallet
  5pcs Pallet labels


                                                          CHENG UEI PRECISION CO., LTD.
                                                          ----------------------------------------
                                                          MANAGER
```

第 1 頁

```
                                    Cheng Uei _1825004_INVOICE_US_11.11.20  .txt
                                                                                    INVOICE
CHENG UEI PRECISION INDUSTRY CO., LTD.                                      ------------------------
NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY
TAIWAN TEL:886-2-22699888  FAX:886-2-22689345                               No..........: 1825004
OC1/TW/SHP/T/Uniform invoice number 22223510                                Date.........: NOV.11.2020
                                                                            Page.........:   1/   2
Manufacturer:Fu Gang Electronic (Dong Guan) CO.,LTD
             Industry street,Dong-Keng,Dong-Guan,Guang Dong,China.
                                                                            REF No.......:
Customer..: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE
                                                                            Dept No......: 003363(E4E)
Sold To...: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE
                                                                            Ship from....:
                                                                            Ship to......: US
Ship To...: INGRAM MICRO C/O VALVE CORPORATION                              Ship VIA.....: By Sea
            415 East Lies Rd.Carol Stream, IL 60188

                                                                            Payment......: 30    NET
Notify To :                                                                 Freight Term: DAP USA
--------------------------------------------------------------------------------------------------------
Item Part Number    Customer P/O          Quantity          Unit Price             Amount
     Description              Contact
--------------------------------------------------------------------------------------------------------

  1  5890-1918-00A0     2798                 640PCS USD      839.33000  USD        537,171.20
     F/G,OMAHA/FVV-E5K2,VR KIT NA,RoHS
     New P/N  V003683-20   HTS 8528520000

                                              ------------------                  -------------------
                                                  640PCS           Subtotal: USD       537,171.20
                                              vvvvvvvvvvvvvvvvvv   Total:    USD       537,171.20
                                                                                  vvvvvvvvvvvvvvvvvvv
SAY TOTAL  USD FIVE HUNDRED THIRTY SEVEN THOUSAND ONE HUNDRED SEVENTY ONE  AND TWENTY  CENT ONLY
BEFORE ACCOUNT PAID, WE RESERVE THE TITLE OF THE PRODUCTS.
SHIPPING MARK:
VALVE
US
C/NO:0001-640
MADE IN CHINA
FWD:SOONEST
New P/N  V003683-20   HTS 8528520000: 40PALLET/
H:1.071M
TOTAL PALLETS:40
TOTAL GROSS WEIGHT:5317.44KG
NOTES:栈板使用熏蒸实木栈板
Freight Transportation : At cost
GMA Pallet
5pcs Pallet labels
                                                            CHENG UEI PRECISION INDUSTRY CO., LTD.
                                                            ---------------------------------------
                                                            MANAGER
```

第 1 頁