

# Exhibit C



# SOONEST EXPRESS
NVOCC Licence # 15398N

## Bill Of Lading

| Shipper/Exporter | Bill of Lading No. | HKGCHI20C048 |
|---|---|---|
| CHENG UEI PRECISION INDUSTRY CO.,LTD. NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY | Export Reference | SE20B00071 |

**Consignee**
INGRAM MICRO C/O VALVE CORPORATION
415 East Lies Rd.Carol Stream, IL60188 USA

**Forwarding Agent - References**

**Point and Country of Origin**

**Notify Party**
SAME AS CONSIGNEE

**Domestic Routing - Export Instructions**

**Pier/Receiving Poing**
HONG KONG

**For Delivery Apply To**
SOONEST EXPRESS INC
1260 N. ELLIS STREET, BENSENVILLE, IL 60106, USA
ATTN: SANDRA YU
TEL: 847-979-9200 Ext. 171
FAX: 847-709-2830

| Vessel - Voyage No. | Port of Loading |
|---|---|
| ONE APUS 006E | HONG KONG |
| Port of Descharge | For Transshipment to: |
| LONG BEACH | CHICAGO, IL |

### Particulars Furnished by Shipper

| Marks and Numbers | No. of Pks. | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| CONT:CAIU7966657/40HQ/YMAH303234/FCL/FCL/640CTN/5317.44KGS/53.31CBM | | | | |
| SEE ATTACHMENT | 640 CTNS | | 5317.44 KGS | 53.31 CBM |

SIX HUNDRED AND FORTY(640) CARTONS ONLY

FCL / FCL

SHIPPED ON BOARD DATE   15-NOV-20

**NOT NEGOTIABLE**

**TELEX RELEASE**

| | PrePaid | Collect | Carrier's Liability Limited to $500 Per Package as Per Clause No. 5D(b) on the Reverse Side. |
|---|---|---|---|
| FREIGHT PREPAID | | | In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped of incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder. |
| | | | In withness whereof three(3) bills of lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void. |
| Total: | | | By: BYRONLEUNG   Dated: _____ |

**SOONEST EXPRESS**
SOONEST EXPRESS (HK) CO LTD.

## Marks & Description

Container Number

CONT:CAIU7966657/40HQ/YMAH303234/FCL/FCL/640CTN/5317.44KGS/53.31CBM

| MARKS | Packages | Description | Groos Wgt. | Volume |
|---|---|---|---|---|
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | 640 CTNS | SHIPPER""'S LOAD AND COUNT<br>SAID TO CONTAIN<br>40 PLTS (640 CTNS)<br>INVOICE: 1825005<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS<br><br>ARR-17210389115 | 5317.44 KGS | 53.31 CBM |

**\*\*\* TELEX RELEASE \*\*\***

```
                              Cheng Uei _1825005_PACKING_US_11.11.20  .txt
CHENG UEI PRECISION INDUSTRY CO., LTD.                      PACKING/WEIGHT LIST
NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY      ----------------------
TAIWAN TEL:886-2-22699888  FAX:886-2-22689345               No........: 1825005
OCI/TW/SHP/T/Uniform invoice number 22223510                Date......: NOV.11.2020
                                                            Page......:  1 /  2
Manufacturer:Fu Gang Electronic (Dong Guan) CO.,LTD
             Industry street,Dong-Keng,Dong-Guan,Guang Dong,China.    REF No....:

Customer..: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE

Sold To...: VALVE CORPORATION                               Dept No...: 003363(E4E)
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE


Ship To...: INGRAM MICRO C/O VALVE CORPORATION              Ship from :
            415 East Lies Rd.Carol Stream, IL 60188         Ship to...: US

                                                            Ship VIA..: By Sea
Notify To.:                                                 Freight Term: DAP USA
------------------------------------------------------------------------------------
Item      Part Number    Customer P/O       Quantity    Net Weight   Gross Weight   Measurement
          Description                                       KGS          KGS          CU'FT
          Lot Number
------------------------------------------------------------------------------------
                                                                     60.4 * 44.7 * 23.4 cm
                                         @       1PCS @       2.814 @      6.996 @       2.23
1-640     5890-1918-00A0   2798                  640      1,800.960      4,477.440      1,427.91
          F/G,OMAHA/FVV-E5K2,VR KIT NA,RoHS
          New P/N  V003683-20   HTS 8528520000

                                                 ----------   -------------   -----------   -------------
                                                 640PCS         1,800.960       4,477.440       1,427.91
                                                 vvvvvvvvvv    vvvvvvvvvvvvv   vvvvvvvvvvv    vvvvvvvvvvvvv
SAY TOTAL (640) CARTONS PACKED IN    PALLETS ONLY
SAY TOTAL QUANTITY (640)PCS ONLY.
SHIPPING MARK:
VALVE
US
C/NO:0001-640
MADE IN CHINA
FWD:SOONEST
New P/N  V003683-20   HTS 8528520000:  40PALLET/
H:1.071M
TOTAL PALLETS:40
TOTAL GROSS WEIGHT:5317.44KG
NOTES:栈板使用熏蒸实木栈板
 Freight Transportation : At cost
 GMA Pallet
 5pcs Pallet labels

                                                   CHENG UEI PRECISION INDUSTRY CO., LTD.
                                                   ----------------------------------------
                                                   MANAGER
```

第 1 頁

```
                              Cheng Uei _1825005_INVOICE_US_11.11.20  .txt
                                                                       INVOICE
CHENG UEI PRECISION INDUSTRY CO., LTD.                                 ------------------------
NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY                 No..........: 1825005
TAIWAN TEL:886-2-22699888  FAX:886-2-22689345                          Date.........: NOV.11.2020
OCI/TW/SHP/T/Uniform invoice number 22223510                           Page.........:   1/   2

Manufacturer:Fu Gang Electronic (Dong Guan) CO.,LTD
             Industry street,Dong-Keng,Dong-Guan,Guang Dong,China.
                                                                       REF No.......:
Customer..: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE

                                                                       Dept No......: 003363(E4E)
Sold To...: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE
                                                                       Ship from....:
                                                                       Ship to......: US
Ship To...: INGRAM MICRO C/O VALVE CORPORATION                         Ship VIA.....: By Sea
            415 East Lies Rd.Carol Stream, IL 60188

                                                                       Payment......: 30    NET
Notify To :                                                            Freight Term: DAP USA
------------------------------------------------------------------------------------------------
Item Part Number     Customer P/O               Quantity       Unit Price          Amount
     Description             Contact
------------------------------------------------------------------------------------------------

  1 5890-1918-00A0    2798                   640PCS USD      839.33000  USD     537,171.20
    F/G,OMAHA/FVV-E5K2,VR KIT NA,RoHS
    New P/N  V003683-20  HTS 8528520000

                                             ------------------                 ------------------
                                                640PCS           Subtotal: USD   537,171.20
                                             vvvvvvvvvvvvvvvvv   Total:    USD   537,171.20
                                                                                 vvvvvvvvvvvvvvvvv

SAY TOTAL  USD FIVE HUNDRED THIRTY SEVEN THOUSAND ONE HUNDRED SEVENTY ONE  AND TWENTY  CENT ONLY
BEFORE ACCOUNT PAID, WE RESERVE THE TITLE OF THE PRODUCTS.
SHIPPING MARK:
VALVE
US
C/NO:0001-640
MADE IN CHINA
FWD:SOONEST
New P/N  V003683-20  HTS 8528520000: 40PALLET/
H:1.071M
TOTAL PALLETS:40
TOTAL GROSS WEIGHT:5317.44KG
NOTES:栈板使用熏蒸实木栈板
Freight Transportation : At cost
GMA Pallet
5pcs Pallet labels

                                                         CHENG UEI PRECISION INDUSTRY CO., LTD.
                                                         ----------------------------------------
                                                         MANAGER
```

第 1 頁