

# Exhibit D



# SOONEST EXPRESS
NVOCC Licence # 15398N

**Bill Of Lading**

| Shipper/Exporter | Bill of Lading No. | HKGCHI20C049 |
|---|---|---|
| CHENG UEI PRECISION INDUSTRY CO.,LTD.<br>NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY | Export Reference<br>SE20B00081 | |

| Consignee | Forwarding Agent - References |
|---|---|
| INGRAM MICRO C/O VALVE CORPORATION<br>415 East Lies Rd.Carol Stream, IL60188 USA | Point and Country of Origin |

| Notify Party | Domestic Routing - Export Instructions |
|---|---|
| SAME AS CONSIGNEE | |

| Pier/Receiving Poing | For Delivery Apply To |
|---|---|
| HONG KONG | SOONEST EXPRESS INC<br>1260 N. ELLIS STREET, BENSENVILLE, IL 60106, USA<br>ATTN: SANDRA YU<br>TEL: 847-979-9200 Ext. 171<br>FAX: 847-709-2830 |

| Vessel - Voyage No. | Port of Loading |
|---|---|
| ONE APUS 006E | HONG KONG |

| Port of Descharge | For Transshipment to: |
|---|---|
| LONG BEACH | CHICAGO, IL |

## Particulars Furnished by Shipper

| Marks and Numbers | No. of Pks. | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| CONT:DRYU9587680/40HQ/YMAH303704/FCL/FCL/640CTN/5317.44KGS/53.31CBM | | | | |
| SEE ATTACHMENT | 640 CTNS | | 5317.44 KGS | 53.31 CBM |

SIX HUNDRED AND FORTY(640) CARTONS ONLY

FCL / FCL

SHIPPED ON BOARD DATE   17-NOV-20

**TELEX RELEASE**

**NOT NEGOTIABLE**

| | PrePaid | Collect | Carrier's Liability Limited to $500 Per Package as Per Clause No. 5D(b) on the Reverse Side. |
|---|---|---|---|
| FREIGHT PREPAID | | | In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped of incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder.<br><br>In witness whereof three(3) bills of lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void. |
| Total: | | | By:  BYRONLEUNG    Dated: _____ |

**SOONEST EXPRESS**
SOONEST EXPRESS (HK) CO LTD.

## Marks & Description

Container Number

CONT:DRYU9587680/40HQ/YMAH303704/FCL/FCL/640CTN/5317.44KGS/53.31CBM

| MARKS | Packages | Description | Groos Wgt. | Volume |
|---|---|---|---|---|
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | 640 CTNS | SHIPPER""S LOAD AND COUNT<br>SAID TO CONTAIN<br>40 PLTS (640 CTNS)<br>INVOICE: 1825029<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS<br><br>ARR-25548102104 | 5317.44 KGS | 53.31 CBM |

\*\*\* **TELEX RELEASE** \*\*\*

```
                                   Cheng Uei _1825029_INVOICE_US_13.11.20   .txt
                                                                        INVOICE
CHENG UEI PRECISION INDUSTRY CO., LTD.                                  -------------------------
NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY                  No..........: 1825029
TAIWAN TEL:886-2-22699888  FAX:886-2-22689345                           Date.........: NOV.13.2020
OCI/TW/SHP/T/Uniform invoice number 22223510                            Page.........:   1/  2

Manufacturer:Fu Gang Electronic (Dong Guan) CO.,LTD
             Industry street,Dong-Keng,Dong-Guan,Guang Dong,China.
                                                                        REF No.......:
Customer..: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE

                                                                        Dept No......: 003363(E4E)
Sold To...: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE
                                                                        Ship from....:
                                                                        Ship to......: US
Ship To...: INGRAM MICRO C/O VALVE CORPORATION                          Ship VIA.....: By Sea
            415 East Lies Rd.Carol Stream, IL 60188

                                                                        Payment......: 30    NET
Notify To :                                                             Freight Term: DAP USA
-----------------------------------------------------------------------------------------------
Item Part Number      Customer P/O            Quantity        Unit Price             Amount
     Description                Contact
-----------------------------------------------------------------------------------------------

  1 5890-1918-00A0    2798                  640PCS USD      839.33000  USD        537,171.20
    F/G,OMAHA/FVV-E5K2,VR KIT NA,RoHS
    New P/N  V003683-20  HTS 8528520000

                                            -------------------        -------------------
                                                    640PCS           Subtotal: USD    537,171.20
                                            vvvvvvvvvvvvvvvvvvv        Total: USD    537,171.20
                                                                       vvvvvvvvvvvvvvvvvvv
SAY TOTAL  USD FIVE HUNDRED THIRTY SEVEN THOUSAND ONE HUNDRED SEVENTY ONE  AND TWENTY  CENT ONLY
BEFORE ACCOUNT PAID, WE RESERVE THE TITLE OF THE PRODUCTS.
SHIPPING MARK:
VALVE
US
C/NO:0001-640
MADE IN CHINA
FWD:SOONEST
New P/N  V003683-20  HTS 8528520000; 40PALLET/
H:1.071M
TOTAL PALLETS:40
TOTAL GROSS WEIGHT:5317.44KG
NOTES:栈板使用熏蒸实木栈板
Freight Transportation : At cost
GMA Pallet
5pcs Pallet labels

                                                      CHENG UEI PRECISION INDUSTRY CO., LTD.
                                                      --------------------------------------
                                                      MANAGER
```

第 1 頁

```
                              Cheng Uei _1825029_PACKING_US_13.11.20 .txt
CHENG UEI PRECISION INDUSTRY CO., LTD.                          PACKING/WEIGHT LIST
NO.18, CHUNG SHAN RD., TU CHENG DIST., NEW TAIPEI CITY          ---------------------
TAIWAN TEL:886-2-22699888  FAX:886-2-22689345                   No........: 1825029
OCI/TW/SHP/T/Uniform invoice number 22223510                    Date......: NOV.13.2020
                                                                Page......:  1 /  2
Manufacturer:Fu Gang Electronic (Dong Guan) CO.,LTD
             Industry street,Dong-Keng,Dong-Guan,Guang Dong,China.   REF No....:

Customer..: VALVE CORPORATION
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE

Sold To...: VALVE CORPORATION                                   Dept No...: 003363(E4E)
            10400 NE 4TH STREET,SUITE 1400,BELLEVUE

Ship To...: INGRAM MICRO C/O VALVE CORPORATION                  Ship from :
            415 East Lies Rd.Carol Stream, IL 60188              Ship to...: US

                                                                Ship VIA..: By Sea
Notify To.:                                                     Freight Term: DAP USA
-----------------------------------------------------------------------------------------
Item     Part Number     Customer P/O        Quantity   Net Weight  Gross Weight  Measurement
         Description                                        KGS         KGS         CU'FT
         Lot Number
-----------------------------------------------------------------------------------------
                                                                 60.4 * 44.7 * 23.4 cm
                                         @       1PCS @     2.814  @    6.996  @      2.23
1-640    5890-1918-00A0    2798                   640    1,800.960     4,477.440    1,427.91
         F/G,OMAHA/FVV-E5K2,VR KIT NA,RoHS
         New P/N  V003683-20  HTS 8528520000

                                                 ----------  ------------  ------------  ------------
                                                 640PCS      1,800.960     4,477.440     1,427.91
                                                 vvvvvvvvvv  vvvvvvvvvvvv  vvvvvvvvvvvv  vvvvvvvvvvvv
SAY TOTAL (640) CARTONS PACKED IN    PALLETS ONLY
SAY TOTAL QUANTITY (640)PCS ONLY.
SHIPPING MARK:
VALVE
US
C/NO:0001-640
MADE IN CHINA
FWD:SOONEST
New P/N  V003683-20  HTS 8528520000: 40PALLET/
H:1,071H
TOTAL PALLETS:40
TOTAL GROSS WEIGHT:5317,44KG
NOTES:栈板使用熏蒸实木栈板
 Freight Transportation : At cost
 GMA Pallet
 5pcs Pallet labels

                                                 CHENG UEI PRECISION INDUSTRY CO., LTD.
                                                 ----------------------------------------
                                                 MANAGER
```

第 1 頁