

# Exhibit E

 **YANG MING**

Draft Only

NON-NEGOTIABLE
SEA WAYBILL

| Shipper | Booking No. | B/L No. |
|---|---|---|
| SOONEST EXPRESS (H.K.) CO., LTD<br>28/F, KING PALACE PLAZA, NO. 52A SH<br>A TSUI ROAD, TSUEN WAN, N.T., HONG<br>KONG | WAYBILL | YMLUW302496347 |
| | Export References | |
| | AUTO-NYO/SNHB | |
| Consignee<br>SOONEST EXPRESS INC<br>1260 N. ELLIS STREET, BENSENVILLE,<br>IL 60106, USAEMAIL :<br>SANDRAYU@SOONESTEXPRESS.COM | Forwarding agent references | |
| | Point and Country of Origin of goods | |
| Notify Party<br>SAME AS CONSIGNEE | ALSO NOTIFY | |

| *Precarried by | *Place of Receipt<br>HONG KONG | Onward Inland routing<br>CY |
|---|---|---|
| Vessel   Voy No.<br>ONE APUS V-006E | Port of Loading<br>HONG KONG | |
| Port of Discharge<br>LONG BEACH, CA | *Place of Delivery<br>CHICAGO, IL | Delivery status<br>INLAND POINT INTER-MODAL / CY |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO.OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | (Measurement) |
|---|---|---|---|
| | 5 CTNR | SHIPPER'S LOAD AND COUNT,<br>S.T.C : 3200 CARTONS | 266.550 CBM<br>26945.280 KGS |
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | | 40 PLTS (640 CTNS)<br>INVOICE: 1825003<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS | FREIGHT PREPAID |
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | | 40 PLTS (640 CTNS)<br>INVOICE: 1825001<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS | |
| FFAU1288131  40HQ'  FCL/FCL  YMAH303088<br>MAGU5509567  40HQ'  FCL/FCL  YMAH303225<br>OCGU8023302  40HQ'  FCL/FCL  YMAH303227<br>CAIU7966657  40HQ'  FCL/FCL  YMAH303234<br>SEGU6874390  40HQ'  FCL/FCL  YMAH303244 | 640 CARTONS<br>640 CARTONS<br>640 CARTONS<br>640 CARTONS<br>640 CARTONS | 5436.800KGS 53.310CBM<br>5436.800KGS 53.310CBM<br>5436.800KGS 53.310CBM<br>5317.440KGS 53.310CBM<br>5317.440KGS 53.310CBM | |

Declared value $ ___ If Merchant entels value of Goods and pays the applicable ad valorem rate, Carrier's package limitation shall not apply. See Clause 23(2) & (3) hereof

Place and Date of Issue  HONG KONG    NOV/17/2020
On Board Date    NOV/17/2020

| ITEM NO | ORG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L NO  YMLUW302496347 |
|---|---|---|---|---|---|---|---|

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to Carrier's applicable tariff.

Delivery of the goods will be made to the Consignee or his authorized representative upon proper proof of identity and authorization without the need of producing or surrendering a copy of this Sea Waybill.

Rate of Exchange
Number of B/L
Total
payable at

YANG MING LINE (HK) LTD

See Attached List...

By ___ as agent for Yang Ming Marine
Transport Corporation, as carrier

\*\*ATTACHED LIST
ONE APUS V-006E

B/L No : YMLUW302496347

---

MARK & DESCRIPTION

---

| | |
|---|---|
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | 40 PLTS (640 CTNS)<br>INVOICE: 1826002<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS |
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | 40 PLTS (640 CTNS)<br>INVOICE: 1826004<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS |
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | 40 PLTS (640 CTNS)<br>INVOICE: 1826006<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS |

GENERAL REMARK

---

(CTC:Amimi T:31893451-718# F:31097512 Group Email: doc-szn@yml.com.cn )This draft is for checking only. Pls cfm by return by NOV.12(17:00) if any amend(our typing error). Pls cfm ok if correct. If any amendment from you, please send official letter to update(USD50 per request) Otherwise, if any amendment fee and/or penalty at destination arise which'll be on your account. Tks!

SEAWAY BILL CLAUSE

---

This Sea Waybill is issued via email at the request and for the convenience of the Merchant, but is nevertheless subject to the terms and conditions of the Carrier's standard long form Bill of Lading for this shipment which may be viewed online at https://www.yangming.com/service/Useful_Info/BL_Clause.aspx as adopted by the edition of the related B/L or a copy obtain from Carrier or its agent as attached.

本套海運單(SeaWaybill)係依據申請人請求所簽發，申請人已充分了解並完全同意與本套海運單有關權利與義務均應受有關權利與義務均應受運送人於本票貨載裝船日前最新公告之提單條款所規範；前述提單條款除列印於本套海運單正反兩面外，亦可向運送人或其代理行索取或自行由運送人或其代理行索取或自行由運送人官方網站
"https://www.yangming.com/service/Useful_Info/BL_Clause.aspx" 下載閱讀。

\*\* END OF ATTACHED LIST \*\*