

# Exhibit F

 **YANG MING**

Draft Only

NON-NEGOTIABLE
SEA WAYBILL

| Shipper SOONEST EXPRESS (H.K.) CO., LTD<br>28/F, KING PALACE PLAZA, NO. 52A SH<br>A TSUI ROAD, TSUEN WAN, N.T., HONG<br>KONG | Booking No.<br>WAYBILL | B/L No.<br>YMLUW302496447 |
|---|---|---|
| | Export References<br>AUTO-NVO/SNHB | |
| Consignee<br>SOONEST EXPRESS INC<br>1260 N. ELLIS STREET, BENSENVILLE,<br>IL 60106, USA EMAIL :<br>SANDRAYU@SOONESTEXPRESS.COM | Forwarding agent references | |
| | Point and Country of Origin of goods | |
| Notify Party<br>SAME AS CONSIGNEE | ALSO NOTIFY | |
| *Precarried by | *Place of Receipt<br>HONG KONG | Onward Inland routing<br>CY |
| Vessel   Voy No.<br>ONE APUS V-006E | Port of Loading<br>HONG KONG | |
| Port of Discharge<br>LONG BEACH, CA | *Place of Delivery<br>CHICAGO, IL | Delivery status<br>INLAND POINT INTER-MODAL / CY |

| MKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | |
|---|---|---|---|
| | 1 CTNR | SHIPPER'S LOAD AND COUNT.<br>S.T.C : 840 CARTONS | 53,310 CBM<br>5317.440 KGS |
| VALVE<br>US<br>C/NO.<br>MADE IN CHINA | | 40 PLTS (640 CTNS)<br>INVOICE: 1826029<br>VR CONTROLLER (VR KIT NA)<br>QTY: 640 PCS<br><br><br>ON BOARD VESSEL | FREIGHT PREPAID |

| DRYU9587680  40HQ'  FCL/FCL  YMAH303704 | 640 CARTONS | 5317.440KGS 53.310CBM | |
|---|---|---|---|
| Declared value $ ............ If Merchant enters value of Goods and pays the applicable<br>ad valorem rate, Carrier's package limitation shall not apply. See Cluase 23(2) & (3) hereof | Place and Date of Issue HONG KONG    NOV/17/2020<br>On Board Date    NOV/17/2020 | | |

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L NO.  YMLUW302496447 |
|---|---|---|---|---|---|---|---|
| | | | | | | | The receipt, custody, carriage and delivery of the goods<br>are subject to the terms appearing on the face and back<br>hereof and to carrier's applicable tariff.<br>Delivery of the Goods will be made to the Consignee or<br>his authorized representative upon proper proof of identity<br>and authorization without the need of producing or<br>surrendering a copy of this Sea Waybill. |
| Rate of Exchange<br>Number of B/L | | | | Total<br>payable at | | | YANG MING LINE (HK) LTD |

See Attached List...

By _____  as agent for Yang Ming Marine
Transport Corporation, as carrier

ONE APUS V-006E

B/L No : YMLUW302496447

GENERAL REMARK

(CTC:JOBY ZHAO T:31899461-714# F:31097512 GROUP EMAIL:DOC-USA@HK.YANGMING.COM)
THIS DRAFT IS FOR CHECKING ONLY. PLS CFM BY RETURN BEFORE NEXT DAY 17:00 IF ANY AMEND(OUR TYPING ERROR). PLS CFM OK IF CORRECT. IF ANY AMENDMENT FROM YOU, PLEASE SEND OFFICIAL LETTER TO UPDATE(USD50 PER REQUEST) OTHERWISE, IF ANY AMENDMENT FEE AND/OR PENALTY AT DESTINATION ARISE WHICH'LL BE ON YOUR ACCOUNT. TKS!

SEAWAY BILL CLAUSE

This Sea Waybill is issued via email at the request and for the convenience of the Merchant, but is nevertheless subject to the terms and conditions of the Carrier's standard long form Bill of Lading for this shipment which may be viewed online at https://www.yangming.com/service/Useful_Info/BL_Clause.aspx as adopted by the edition of the related B/L or a copy obtain from Carrier or its agent as attached.

本套海運單(SeaWaybill)係依據申請人請求所簽發，申請人已充分了解並完全同意與本套海運單有關權利與義務均應受有關權利與義務均應受運送人於本票貨載裝船日前最新公告之提單條款所規範；前述提單條款除列印於本套海運單正反兩面外，亦可向運送人或其代理行索取或自行由運送人或其代理行索取或自行由運送人官方網站
"https://www.yangming.com/service/Useful_Info/BL_Clause.aspx" 下載閱讀。

** END OF ATTACHED LIST **